Irene Smith CLIETT and Lucy Mayberry,
Appellants,

v.

Mamie Scott HAMMONDS et al.,
Appellees.

No. 17476.

United States Court of Appeals
Fifth Circuit.

May 5, 1959.

Rehearing Denied June 29, 1959.

Sam R. Fisher, Houston, Tex., for appellants.

W. H. Betts, Hempstead, Tex., George L. McGhee, Houston, Tex., for appellees.

Before HUTCHESON, Chief Judge, and TUTTLE and BROWN, Circuit Judges.

PER CURIAM.

Affirmed. Scott v. Smith, 5 Cir., 84 F.2d 489; Cliett v. Scott, 5 Cir., 102 F.2d 725; and Cliett v. Scott, 5 Cir., 233 F.2d 269.